UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

WILLIAM BOSSEY,

                        Plaintiff,

    v.                                            8:07-CV-116 (LEK/ VEB)

COMMISSIONER OF SOCIAL
SECURITY,

                        Defendant.

**DECISION AND ORDER**

      This matter comes before the Court following a Report-Recommendation filed on March 31, 2009 by the Honorable Victor E. Bianchini, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(d) of the Northern District of New York.  Report-Rec. (Dkt. No. 24).  On April 8, 2009, the Court granted the Plaintiff's request for an extension of time to file objections to the Report-Recommendation.  Letter Motion (Dkt. No. 26); Order (Dkt. No. 27).  The Clerk has sent the entire file to the undersigned, including the objections by the Plaintiff, which were filed on May 1, 2009.  Objections (Dkt. No. 28).

      It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b).  "A [district] judge . . . may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id.  This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 24) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that the Commissioner's Motion for judgment on the pleadings is **GRANTED**; and it is further

**ORDERED**, that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:     May  5, 2009
           Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge